■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORENZO KNIGHT, Appellant. [724 NYS2d 345] —Appeal by the defendant from a judgment of the County Court, Nassau County (LaPera, J.), rendered April 2, 1999, convicting him of criminal sale of a controlled substance in the third degree (two counts), criminal possession of a controlled substance in the

third degree (two counts), criminal possession of a weapon in the third degree, and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court providently exercised its discretion by permitting the prosecutor to cross-examine the defendant with respect to various prior convictions and their underlying facts (*see, People v Pavao,* 59 NY2d 282; *People v Sandoval,* 34 NY2d 371). The mere fact that the prior convictions were similar in nature to the instant offense did not warrant their preclusion (*see, People v Pavao, supra*; *People v Johnson,* 249 AD2d 417).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80). Bracken, P. J., Florio, Schmidt and Adams, JJ., concur.